USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
        :
UNITED STATES OF AMERICA        :
        :      1:22-mj-8672-GHW
        :
-v -        :
        :      <u>ORDER</u>
RAKEEM WILSON,        :
        :
        Defendant.   :
        :
------------------------------------------------------------------- :
        X

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference in this case at **1:00 p.m. on December 29, 2022** in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

    SO ORDERED.

Dated: December 23, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge