UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                 :
UNITED STATES OF AMERICA,        :
                                                 :
                  -v-                        :
                                                 :                   1:22-mj-8672-GHW
                                                 :
RAKEEM WILSON,                       :                   ORDER
                            Defendant.  :
------------------------------------------------------------ X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 12/27/2022

GREGORY H. WOODS, United States District Judge:

      The proceeding scheduled in this matter for December 29, 2022 is adjourned to January 4, 2023 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated:  December 27, 2022

                                                                     GREGORY H. WOODS
                                                          United States District Judge